.PER CURIAM.
We reverse the order denying defendant’s Rule 3.800 motion. Defendant contends that he does not have the requisite convictions to qualify him as a habitual violent felony offender. The record fails to show that defendant is not entitled to relief. The court did not attach the certified judgment of a qualifying conviction. Accordingly, we reverse the order and remand for the necessary attachment or an evidentiary hearing.[1] See Thomas v. State, 642 So.2d 673 (Fla. 1st DCA 1994).
Reversed and remanded.

. The resolution of this issue notwithstanding, the state correctly concedes that the habitual violent felony offender sentence imposed must be vacated as it exceeds a permissible sentence for a third degree felony,